UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HARVEST BIBLE CHAPEL, <br><br> Plaintiff, <br><br> v. <br><br> EVANGELICAL CHRISTIAN CREDIT UNION <br><br> Defendant. | Case No. 18-cv-6819 |

## NOTICE OF REMOVAL

Defendant, EVANGELICAL CHRISTIAN CREDIT UNION ("ECCU"), pursuant to 28 U.S.C. §§ 1441, *et seq.*, hereby removes this action filed as *Harvest Bible Chapel v. Evangelical Christian Credit Union, Circuit Court of Kane County, Illinois, Law Division, Civil Case No. 18 L 000468* from the Circuit Court of the Sixteenth Judicial Circuit, Kane County, Illinois, in which the action is now pending, to the United States District Court for the Northern District of Illinois, Eastern Division, and as grounds for said removal states as follows:

1. On August 31, 2018, Harvest Bible Chapel ("Harvest Bible") filed its Complaint in the Circuit Court of the Sixteenth Judicial Circuit, Kane County, Illinois alleging claims for Intentional Interference with Prospective Economic Advantage (Count I), Promissory Estoppel (Count II), Negligent Supervision (Count III), Deceptive Trade Practices (Count IV), and Common Law Fraud (Count V).

2. Harvest Bible Chapel, is an Illinois not-for-profit corporation with its principal place of business in Illinois. ECCU is a California not-for-profit corporation with its principal place of business in California.

220353757.1 96743/339809

3.  Harvest Bible is completely diverse from ECCU and this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 and one which may be removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1446 because of diversity jurisdiction.

4.  Thirty days have not elapsed since the Orange County Sheriff's office served ECCU with the Summons and Complaint on September 12, 2018.

5.  ECCU has attached to this Notice all process, pleadings and orders served upon ECCU in this action to date. True and accurate copies of all process, pleadings and orders are attached hereto as **Exhibit 1**. No other proceedings have occurred in this action.

6.  The amount in controversy exceeds or is likely to exceed $75,000.00 based on Harvest Bible's prayer for relief set forth in the attached Complaint and subsequent written demands.

7.  A notification of removal will be filed with the Circuit Court of the Sixteenth Judicial Circuit, Kane County, Illinois upon receipt from the U.S. District Court for District of Illinois of a date-stamped copy of this Notice of Removal.

Respectfully submitted,

/s/ Timothy R. Herman
Gary E. Green (ggreen@clarkhill.com)
ARDC No. 6199484
Timothy R. Herman (therman@clarkhill.com)
ARDC No. 6301721
CLARK HILL PLC
130 E. Randolph Street, Suite 3900
Chicago, IL 60601
(312) 985-5900 Telephone
(312) 985-5999

October 10, 2018

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that on this 10th day of October, 2018, a copy of the foregoing Notice of Removal was served via the Court's Electronic Case Filing System and First Class mail, postage prepaid, upon:

> Christopher S. Nudo
> 1000 N. Randall Road
> Elgin, IL 60123
> cnudo@harvestbiblechapel.org

> /s/Timothy R. Herman

Gary E. Green (ggreen@clarkhill.com)
ARDC No. 6199484
Timothy R. Herman (therman@clarkhill.com)
ARDC # 6301721
CLARK HILL PLC
130 East Randolph Street, Suite 3900
Chicago, Illinois 60601
Telephone No.: (312) 985-5900

220353757.1 96743/339809